JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE RIVERSIDE COUNTY ELECTRICAL HEALTH AND WELFARE TRUST FUND, TRUSTEES OF THE INLAND EMPIRE IBEW-NECA HEALTH TRUST, TRUSTEES OF THE RIVERSIDE COUNTY EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SAN BERNARDINO COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE INLAND EMPIRE IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, NATIONAL ELECTRICAL INDUSTRY FUND, AND ADMINISTRATIVE MAINTENANCE FUND, | **CASE NO: CV 11-10272 RSWL (OPX)**<br><br>ASSIGNED TO THE HONORABLE RONALD S. W. LEW<br><br>**JUDGMENT** |

Plaintiffs,

vs.

SOUTHERN CALIFORNIA ELECTRIC, INC., a California corporation doing business as "So - Cal Electric, Inc.",

Defendant.

1

**JUDGMENT**

This action having been commenced on December 13, 2011, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant Southern California Electric, Inc., and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Riverside County Electrical Health and Welfare Trust Fund, Trustees of the Inland Empire IBEW-NECA Health Trust, Trustees of the Riverside County Educational and Training Trust Fund, Trustees of the San Bernardino County Electrical Educational and Training Trust Fund, Trustees of the Inland Empire IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, and Trustees of the National Electrical Benefit Fund, National Electrical Industry Fund, and Administrative Maintenance Fund shall recover from defendant Southern California Electric, Inc., a California corporation doing business as "So-Cal Electric, Inc.," the principal amount of $4,218.98, together with post-judgment interest thereon at a rate of eight percent (8%) per annum from the date judgment is entered, until paid in full.

DATED: April 9, 2012

RONALD S.W. LEW

Honorable Ronald S.W. Lew

Senior, U.S. District Court Judge

**JUDGMENT**